UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SEAN RAY PERKINS                                                                                           PLAINTIFF

V.                                          3:16CV00125 JM/JTR

DALE COOK, Sheriff, Mississippi County; and
LUTHER WHITFIELD, Lieutenant, Mississippi County Jail                          DEFENDANTS

## ORDER

On June 30, 2016, the Court struck Mr. Perkins's Complaint from the record because it contained numerous factually and legally distinct claims. *Doc. 5.* The Court then gave Mr. Perkins thirty days to file a Substituted Complaint containing only his factually and legally related claims. *Id.* Importantly, the Court advised Mr. Perkins that this case would be dismissed without prejudice if he failed to properly do so. *Id.* (citing Local Rule 5.5(c)(2)). On July 13, 2016, Mr. Perkins filed a Substituted Complaint that, once again, includes numerous factually and legally unrelated claims.

This case is, therefore, dismissed without prejudice due to Mr. Perkins's failure to properly comply with the June 30, 2016 Order. It is certified that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED THIS 7th day of September, 2016.

James M. Moody Jr.
United States District Judge