# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

SEAN RAY PERKINS                                                                                              PLAINTIFF

V.                                           3:16CV00125 JM/JTR

DALE COOK, Sheriff, Mississippi County; and
LUTHER WHITFIELD, Lieutenant, Mississippi County Jail                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

IT IS SO ORDERED 7th day of September, 2016.

_____
James M. Moody Jr.
United States District Judge